UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 6:21-CV-00430-ADA <br> Civil Action No. 6:21-CV-00431-ADA <br><br> **JURY TRIAL DEMANDED** |

### ORDER TRANSFERRING CASES TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS

Before the Court is (i) Defendants' Motion to Transfer Venue to Idaho, or in the alternative to the Austin Division of the Western District of Texas, under 28 U.S.C. § 1404(a) (Dkt. No. 32) and (ii) the Parties' Joint Stipulation to Transfer Venue to the Austin Division under 28 U.S.C. § 1404(b).

Having considered the joint stipulation, the Court ORDERS that the above captioned cases are transferred in their entirety to the Austin Division under § 1404(b). The Court's Clerk is instructed that the above captioned cases will not remain on the docket of the undersigned.

ORDERED this 14th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE